JS-6

FILED
CLERK, U.S. DISTRICT COURT

1/7/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LANGFORD,<br><br>    Petitioner,<br><br>    v.<br><br>JEFFREY BEARD,<br><br>    Respondent. | No. CV 14-8353 MWF (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: January 7, 2016

                                                                   MICHAEL W. FITZGERALD
                                                                   United States District Judge